```
 1  James P. Watson, SBN 46127
    Bruce K. Leigh, SBN 129753
 2  STANTON, KAY & WATSON, LLP
    101 New Montgomery Street, 5th Floor
 3  San Francisco, CA  94105-3612
    Telephone:  415-512-3501
 4  Facsimile:  415-512-3515

 5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN as CHAIRMAN and JOSE MORENO as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>R. J. HATLER CONSTRUCTION, INC., a California corporation; GERALD RAYMOND HATLER, an Individual; RANDY JAMES HATLER, an Individual; MARGARET ELLEN ALVAREZ, an Individual; and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | CASE NO. C-04-3985 TEH<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GERALD RAYMOND HATLER** |

Plaintiffs hereby voluntarily dismiss defendant GERALD RAYMOND HATLER from the action herein pursuant to FRCP Rule 41(a)(1).

DATED: June 20, 2005                        STANTON, KAY & WATSON, LLP

**IT IS SO ORDERED:**                       By: _____
                                                Bruce K. Leigh
                                                Attorneys for Plaintiffs

_____
Thelton E. Henderson
United States District Judge

6/21/05

-1-
NOTICE OF DISMISSAL OF GERALD RAYMOND HATLER